739 A.2d 130

**MULROONEY AND SPORER, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, BOARD OF FINANCE AND REVENUE, Appellee.**

**No. 205 M.D. 1999.**

Supreme Court of Pennsylvania.

Oct. 14, 1999.

JURISDICTIONAL REVIEW

***ORDER***

PER CURIAM:

**AND NOW,** this 14th day of October, 1999, probable jurisdiction is herewith noted and the appeal is quashed as untimely.

739 A.2d 130

**CAVANAUGH ELECTRICAL CONTRACTING, INC., Appellant,**

v.

**COMMONWEALTH of Pennsylvania, BOARD OF FINANCE AND REVENUE, Appellee.**

**No. 206 M.D. 1999.**

Supreme Court of Pennsylvania.

Oct. 14, 1999.

JURISDICTIONAL REVIEW

***ORDER***

PER CURIAM:

AND NOW, this 14th day of October, 1999, probable jurisdiction is herewith noted and the appeal is quashed as untimely.